UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: _____

JOHN TORCHON,

     Plaintiff,

v.

WESTMORELAND PROTECTION AGENCY,
INC.

     Defendant.

_____/

## NOTICE OF REMOVAL

Defendant Westmoreland Protection Agency, Inc., hereby removes this action, which is currently pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County Florida, Case No. CACE-24-013003 (the "State Court Action"), to the United States District Court for the Southern District of Florida, Fort Lauderdale Division. In support of this Notice of Removal, defendant states the following:

## REMOVAL STANDARD

1. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

2. Under 28 U.S.C. § 1331, federal courts shall have original jurisdiction of all civil actions "arising under the Constitution, laws, or treaties of the United States."

## PAPERS FROM REMOVED ACTION

3.      Pursuant to 28 U.S.C. § 1446(a), Defendant attaches to this Notice of Removal a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action. *See* Exhibit A, attached hereto.

## THE REMOVAL IS TIMELY

4.      Defendant was served with the State Court Action on September 18, 2024. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b). *See* 28 U.S.C. § 1446(b) ("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant . . . of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . .")

## VENUE IS PROPER

5.      Venue is proper in this Court because this action is being removed from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and the Plaintiff alleges that he is a resident of Broward County, Florida. *See* Ex. A, Compl. at ¶ 6.

## FEDERAL QUESTION JURISDICTION

6.      Plaintiff asserts a claim for retaliation in violation of Title VII of the Civil Rights Act of 1964. *See* Ex. A, Compl. at ¶ 25.

7.      This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. § 1331, and this case is therefore properly removable to this Court pursuant to 28 U.S.C. § 1441 in that it is a civil action containing federal causes of action.

## FILING OF REMOVAL PAPERS

8.      Pursuant to 28 U.S.C. § 1446(d), written notice of removal of this action will be promptly served to Plaintiff.

9.     Immediately following the filing of this Notice of Removal, Defendant will file a Notice of Filing the Notice of Removal, including a true and correct copy of this Notice of Removal with the Clerk of the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. *See* Exhibit B, attached hereto.

10.    The undersigned counsel is authorized by Defendant to file this Notice of Removal, is licensed to practice law in the state of Florida, and is a member in good standing of this Court.

**WHEREFORE**, Defendant hereby removes the above-captioned action from the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, and requests that further proceedings be conducted in this Court as provided by law.

Date:   October 18, 2024                        Respectfully submitted,

By: /s/ *Charles S. Caulkins*
       Charles S. Caulkins
       Florida Bar No.: 0461946
       ccaulkins@fisherphillips.com
       John Y. Doty
       Florida Bar No. 1030883
       jdoty@fisherphillips.com
       FISHER & PHILLIPS, LLP
       201 E. Las Olas Blvd, Suite 1700
       Fort Lauderdale, Florida 33301
       (954) 525-4800

       *Attorneys for Defendant*

3

## CERTIFICATE OF SERVICE

I certify that on October 18, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Charles S. Caulkins*
Charles S. Caulkins

## SERVICE LIST

Chad E. Levy, Esq.
chad@levylevylaw.com
Harris Nizel, Esq.
harris@levylevylaw.com
Law Offices of Levy & Levy, P.A.
2844 North University Drive
Coral Springs, Florida 33065
Tel: (954) 763-5722
assistant@leveyleveylaw.com

*Attorneys for Plaintiff*

Charles S. Caulkins
ccaulkins@fisherphillips.com
John Y. Doty
jdoty@fisherphillips.com
FISHER & PHILLIPS, LLP
201 E. Las Olas Blvd, Suite 1700
Fort Lauderdale, Florida 33301
(954) 525-4800
kdunn@fisherphillips.com
lsbrown@fisherphillip.som

*Attorneys for Defendant*