UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Case Transfers to
**District Judge Edward L. Artau**

*Ramirez v. Ryder Systems*, Case No: 25-cv-20338

*Spivey v. Warden*, Case No: 25-cv-20780

*Tabas v. David, et al.*, Case No: 25-cv-22988

*Gazonni v. Balenciaga America Inc.*, Case No: 25-cv-23684

*Torchon v. Westmoreland*, Case No: 24-cv-61942

*T5.2 Ltd. v. Citrix*, Case No: 24-cv-62093

*Jafarmadar v. HC Salon Holdings Inc*, Case No: 24-cv-62362

*Gilead v. Trans Union, LLC, et al.*, Case No: 25-cv-60772

*Tend Skin v. Barton*, Case No: 25-cv-61574

*Carey v. Guard Force International, Inc.*, Case No: 24-cv-21942

*Seaboard Marine Ltd, Inc. v. Supreme Fruits SAC et al*, Case No: 24-cv-22261

*Cruz v. Miami Dade County, et al.*, Case No: 24-cv-23132

*Oropesa et al v. Castellanos*, Case No: 24-cv-23643

*USA v. Lonnette Blair*, Case No: 0:25-cr-60215

*USA v. Daniel James Halloran*, Case No: 1:25-cr-20160

*USA v. William Sebastian Neal*, Case No: 1:25-cr-20218

**ORDER OF REASSIGNMENT**

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Edward L. Artau.**

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy

established by the Judges of the Southern District of Florida (See Internal Operating Procedures, Section 2.05.03 -2.05.04). It is hereby

**ORDERED** that the above-styled actions are hereby **REASSIGNED** to the calendar of the **Honorable Edward L. Artau** as of **October 10, 2025** for all further proceedings. It is further

**ORDERED** that all currently pending hearings set before the undersigned Judge are hereby **TERMINATED** and are to be rescheduled by **District Edward L. Artau.** It is further

**ORDERED** all deadlines will **REMAIN IN EFFECT** unless altered by **District Judge Edward L. Artau**. It is further

**ORDERED** that all papers hereafter filed shall bear the assigned case number followed by the initials ELA in lieu of the present initials.

**DONE** and **ORDERED** in Miami, Florida, this 10th day of October, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

c: All counsel of record/pro se parties